# ELECTRONIC RECORD

COA # 05-15-00937-CR          OFFENSE: 46.04

STYLE: Felix Sam Roberts v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:     AFFIRMED          TRIAL COURT: Criminal District Court No. 1

DATE: 10/19/16          Publish: NO     TC CASE #: F-1445368-H

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Felix Sam Roberts v. The State of Texas          CCA #: 1341-16

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: 03/08/2017          SIGNED: _____     PC: _____

JUDGE: _____          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**